HOLDERMAN, J.

(No. 5891—

COUNTY OF COOK, AND COOK COUNTY DEPARTMENT OF PUBLIC AID, Claimants, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 27, 1971.*

COUNTY OF COOK, AND COOK COUNTY DEPARTMENT OF PUBLIC AID, Claimants, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5900—

JOSEPH K. CALVIN, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 27, 1971.*

JOSEPH K. CALVIN, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.